IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal No. 10-140 |
| | ) |
| RICARDO BROWN, | ) |
| | ) |
| Defendant. | ) |

ORDER

AND NOW, this 27th day of November, 2012, upon consideration of Defendant Ricardo Brown's pro se "Motion Pursuant to Federal Rule of Criminal Procedure 36 to Correct a Clerical Error" (Document No. 161),[1] filed in the above-captioned matter on November 16, 2012,

IT IS HEREBY ORDERED that said Motion is DENIED.

Contrary to Defendant's position, there is no error in his judgment and commitment order in regard to the payment of restitution. Defendant's judgment provides that, in addition to the Defendant's participation in the Bureau of Prisons' Inmate Financial Responsibility Program, 50 percent of **all** funds obtained by the Defendant while incarcerated shall be applied toward restitution. This is precisely what the Court stated in imposing sentence at the August 18, 2011 hearing. The statements to which

1

Defendant refers do not in any way relate to the Court's judgment as to restitution. Accordingly, there is no error, and Defendant's Motion is denied.

                                                    s/Alan N. Bloch
                                                    United States District Judge

ecf:      Counsel of record

cc:       Ricardo Brown, #30069-068
           FCI Beckley
           P.O. Box 350
           Beaver, WV 25813

---

1    The Court notes that Defendant's Motion is unsigned, but clearly appears to have been filed by Defendant pro se, and the Court will therefore address the Motion on its merits.